UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAKUR YOUNG
(full name of the plaintiff/petitioner)

-against-

THE CITY OF NEW YORK; WARDEN PRESSLEY, R.N.D.C.; NYCDOC OFFICER CIELTO #3731; NEW YORK CITY DEPARTMENT OF CORRECTION; NEW YORK CITY HEALTH AND HOSPITALS,
(full name(s) of the defendant(s)/respondent(s))

18 CV 3316 ( CM ) ( )
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-2-18

**PRISONER AUTHORIZATION**

By signing below, I acknowledge that:

(1) because I filed this action as a prisoner,[1] I am required by statute (28 U.S.C. § 1915) to pay the full filing fees for this case, even if I am granted the right to proceed *in forma pauperis* (IFP), that is, without prepayment of fees;

(2) the full $350 filing fee will be deducted in installments from my prison account, even if my case is dismissed or I voluntarily withdraw it.

I authorize the agency holding me in custody to:

(1) send a certified copy of my prison trust fund account statement for the past six months (from my current institution or any institution in which I was incarcerated during the past six months);

(2) calculate the amounts specified by 28 U.S.C. § 1915(b), deduct those amounts from my prison trust fund, and disburse those amounts to the Court.

This authorization applies to any agency into whose custody I may be transferred and to any other district court to which my case may be transferred.

04/29/18
Date

Signature

YOUNG SHAKUR
Name (Last, First, MI)

Din: 17R3045
Prison Identification #

| PO BOX 975 | COXSACKIE | NY | 12051-0975 |
|---|---|---|---|
| Address | City | State | Zip Code |

[1] A "prisoner" is "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program." 28 U.S.C. § 1915(h).


GREENE CORRECTIONAL FACILITY
P.O. BOX 975
COXSACKIE, NEW YORK 12051-0975
NAME: SHAKUR YOUNG
DIN: 17R3045
GREENE
RECEIVED
CORRECTIONAL FACILITY
NEOPOST
04/30/2018
US POSTAGE $000.47º
ZIP 12051
041M11287879
Pro Se
SM
UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1312
Attention: CLERK
CLERK'S OFFICE
S.D.N.Y.
USM P3
SDNY
LEGAL MAIL
2018 MAY -3 AM 8:43
10007$1390 C014