```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAKUR YOUNG,

        Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

        Defendants.

18-CV-3316 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed two letters from plaintiff, each dated February 2, 2019 and sent directly to chambers, with a "cc" to defendants' counsel. One letter seeks to "submit a new exhibit" plaintiff recently obtained at the clinic where some of the incidents giving rise to this lawsuit allegedly occurred. The other letter serves to "submit a copy" of the fully-executed medical release forms that plaintiff recently mailed to defendants in order to avoid any argument that defendants did not receive those releases (an argument defendants cannot now make, having acknowledged receipt of plaintiff's releases by letter dated February 4, 2019) (Dkt. No. 32).

1. Plaintiff is reminded that all letters and other communications with the Court from *pro se* parties must be submitted to the Pro Se Intake Unit, not directly to chambers. The Pro Se Intake Unit is located in Room 105 in the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007 (telephone 212-805-0175).

2. The Court directs the Pro Se Intake Unit to file plaintiff's letter regarding "a new exhibit" on the public docket.

3. The Court directs the Pro Se Intake Unit to file plaintiff's letter attaching the medical release forms on the public docket, after certain sensitive information (*i.e.,* social security numbers and birth dates) has been redacted as required by Fed. R. Civ. P. 5.2 and Rule 21.3 of this District's Electronic Case Filing Rules & Instructions.

    The Clerk of the Court is directed to mail a copy of this Order to plaintiff.

Dated: New York, New York
       February 7, 2019

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**