SHAKUR YOUNG, DIN: 17R3045
GREENE CORRECTIONAL FACILITY
PO BOX 975
COXSACKIE, NY 12051-0975

RECEIVED
2019 FEB -8 AM 11:39
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007
HON. JUDGE MOSES

**SHAKUR YOUNG V. CITY OF NEW YORK, et al. 18-CV-03316**

Judge Moses,

I am writing you to submit a new exhibit that I recently received. I just returned from a court trip, and I was taken to the RNDC facility on Rikers Island on January 22, 2019. I stayed there for one week. While there I had to go the clinic where some of the violations occurred that is listed in my lawsuit. While at the clinic I noticed to documents that was taped on the walls inside the clinic. These documents are reminders to staff, that any patients exposed to the chemical weapon olesresin capsicum must be decontaminated before entering the clinic.

These two documents came from **Correctional Health Services, NYC Health + Hospitals Corporation.** This document/memo was sent out on Wednesday, December 27, 2017, 10:56am, BALILO OFELIA. This document/memo was posted after the Plaintiff exposure to the chemical weapon. During my stay at the RNDC facility from January 2017 to November 2017 there were no documents, signs instructing medical staff of the importance of decontamination of detainees after the exposure to OC.

I hope that this honorable court accept this evidence.

Dated: FEBRUARY 2, 2019

RESPECTFULLY SUBMITTED,

SHAKUR YOUNG

CC: NAKUL SHAH
THE CITY OF NEW YORK LAW DEPT
100 CHURCH STREET
NEW YORK, NY 10007

**BALILO, OFELIA**

**Sent:** Wednesday, December 27, 2017 10:56 AM
**To:** 'rndctc@doc.nyc.gov'
**Subject:** Reminder

<u>Please remind staff.</u>

<u>Thank you.</u>

## <u>IMPORTANT</u> REMINDER TO OC EXPOSURE PATIENTS

## PLEASE <u>DECONTAMINATE</u> BEFORE ENTERING THE CLINIC.

## WASH OFF AND REMOVE YOUR OUTER SHIRTS.

*Thank you.*
*Correctional Health Services*
**NYC**
**HEALTH+**
**HOSPITALS**

*[handwritten]* ✶ OR YOU <u>WILL NOT</u> BE SEEN!!!!! ✶

1

Please Be Advised IF exposed to OC

Please <u>Decontaminate</u> Before Entering the Clinic.

Wash off and Remove outer Shirts.

Thanks for your Cooperation,

Medical Staff

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------
SHAKUR YOUNG,
```

                    V                                    18-CV-03316

```
THE CITY OF NEW YORK, et al,
-------------------------------
```

### PLAINTIFF REQUEST TO SUBMIT A NEW EXHIBIT

To: The City Of New York, et al defendant, and Nakul Shah attorney for the City of New York.

PLEASE TAKE NOTICE that on February 2, 2019, the Plaintiff SHAKUR YOUNG, filed with the court a request to submit a new exhibit, a copy of which is served on you with this notice.

Dated: February 2, 2019

_____
SHAKUR YOUNG, DIN: 17R3034
GREENE CORRECTIONAL FACILITY
PO BOX 975
COXSACKIE, NY 12051-0975


CC: UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
    U.S. COURTHOUSE
    500 PEARL STREET
    NEW YORK, NY 10007
    HONORABLE JUDGE BARBARA MOSES

