```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
-------------------------------------------------------- X ELECTRONICALLY FILED
SHAKUR YOUNG,                                     :       DOC #:_____
                                                  :       DATE FILED: 2/12/2019
                         Plaintiff,               :
                                                  :       18-CV-3316 (VEC)
            -against-                             :
                                                  :       ORDER
THE CITY OF NEW YORK; WARDEN                      :
PRESSLEY, R.N.D.C.; NYCDOC OFFICER                :
CIELTO #3731; JOSEPH PONTE; BRIAN                 :
SUPRENANT,                                        :
                                                  :
                         Defendants.              :
-------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 16, 2019, at a telephonic case-management conference before Magistrate Judge Moses, Plaintiff orally moved to dismiss Defendant Brian Suprenant under Fed. R. Civ. P. 41(a)(1)(A)(i);

WHEREAS on January 24, 2019, Judge Moses issued a report recommending that Plaintiff's motion be granted;

WHEREAS as of the date of this order, the undersigned has received no objections to Judge Moses's report; and

WHEREAS the undersigned identifies no clear error in the report and recommendation, *see Phillips v. Reed Grp., Ltd.*, 955 F. Supp. 2d 201, 211 (S.D.N.Y. 2013),

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED, and Defendant Brian Suprenant is DISMISSED under Rule 41(a)(1)(A)(i). The Clerk of Court is respectfully directed to terminate Defendant Suprenant from the docket.

**SO ORDERED.**

**Date: February 12, 2019**
       **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**