```
UNITED STATES DISTRICT COURT                         USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                        DOCUMENT
                                                     ELECTRONICALLY FILED
------------------------------------------------- X  DOC #:_____
SHAKUR YOUNG,                                     :  DATE FILED: 3/1/2019
                                                  :
                        Plaintiff,                :
                                                  :     18-CV-3316 (VEC)
        -against-                                 :
                                                  :         ORDER
THE CITY OF NEW YORK; WARDEN                      :
PRESSLEY, R.N.D.C.; NYCDOC OFFICER                :
CIELTO #3731; JOSEPH PONTE; NEW YORK              :
CITY HEALTH & HOSPITALS CORP.;                    :
CAPTAIN ANJELOVIC #1750,                          :
                                                  :
                        Defendants.               :
------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 23, 2019, Plaintiff filed a separate action against the City of New York, the New York City Health and Hospitals Corporation, and other defendants that is now pending before another judge of this Court, *see Young v. N.Y.C.*, No. 19-CV-670 (JGK);

WHEREAS on January 23, 2019, Plaintiff filed a motion to, among other things, consolidate this action with 19-CV-670, *see* Dkt. 28; and

WHEREAS the Court finds that the two cases arise from distinct factual episodes and assert claims against different correctional officers, *compare* Dkt. 24 (Second Am. Compl.), *with* Complaint [Dkt. 2], *Young v. N.Y.C.*, No. 19-CV-670 (JGK) (S.D.N.Y. Jan. 23, 2019), and thus that consolidation would not serve judicial economy, eliminate wasteful or duplicative discovery or litigation, or otherwise further the ends of justice, *see, e.g.*, *Kamdem-Ouaffo v. Pepsico, Inc.*, 314 F.R.D. 130, 136 (S.D.N.Y. 2016) (interpreting Fed. R. Civ. P. 42(a)),

IT IS HEREBY ORDERED that Plaintiff's motion to consolidate is DENIED. The Clerk of Court is respectfully directed to terminate any open motion at Dkt. 28.

**SO ORDERED.**

**Date:  March 1, 2019**
      **New York, New York**

                                              **VALERIE CAPRONI**
                                           **United States District Judge**